# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3018

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Ronald M. Thomas, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 7, 2000
Filed: March 27, 2000

_____

Before McMILLIAN, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Ronald Thomas challenges the district court's[1] judgment, entered on a jury verdict, finding him guilty of possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1). For reversal, he argues the government presented insufficient evidence to convict him. However, viewing the evidence in the light most favorable to the jury's verdict and giving the verdict the benefit of all reasonable

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

inferences, see United States v. Buford, 108 F.3d 151, 153 (8th Cir. 1997), we conclude ample evidence of Thomas's guilt was adduced at trial, see United States v. Perkins, 94 F.3d 429, 436 (8th Cir. 1996) (elements of § 841(a)(1) offense), cert. denied, 519 U.S. 1136 (1997).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.